UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GUSTAVO CASTANEDA,<br><br>            Defendant. | CASE NO.:   20-cr-3491-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING**, the parties' Joint Motion to Continue the Motion/Hearing Trial Setting from May 14, 2021 to **May 21, 2021 at 1:30 p.m.** is hereby **GRANTED**. For the reasons stated in the Parties' joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge